**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------- X
                                             :
NOVARTIS                                     :
PHARMACEUTICALS                              :
CORPORATION,                                 :
                                             :
               Plaintiff,                    :
                                             :
        v.                                   :
                                             :   Case No. 15-1050-RGA
PAR PHARMACEUTICAL, INC.,                    :
                                             :
               Defendant.                    :
                                             :
                                             :
                                             :
                                             :
-------------------------------------------- X
```

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, the

Plaintiff and Defendant hereby stipulate and agree that the above action, including all claims,

counterclaims and affirmative defenses, are dismissed without prejudice, and without costs,

disbursements or attorneys' fees to any party.

SO STIPULATED:

January 2, 2018

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*dsilver@mccarter.com*

Attorneys for Plaintiff
Novartis Pharmaceuticals Corporation

Of Counsel:

Nicholas N. Kallas
FITZPATRICK, CELLA, HARPER
  & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
*nkallas@fchs.com*

January 2, 2018

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*fineman@rlf.com*

Attorneys for Defendant
Par Pharmaceutical, Inc.

Of Counsel:

Daniel G. Brown
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
*Daniel.Brown@lw.com*

SO ORDERED this __8__ day of __Jan__, 20__8__

United States District Judge